JOSEPHINE DONATO, Respondent, v. GRANITE STATE FIRE INSURANCE COMPANY and THE NORTHWESTERN NATIONAL INSURANCE COMPANY, Appellants; NEW YORK TITLE AND MORTGAGE COMPANY, Respondent, and THE MORRIS PLAN COMPANY OF NEW YORK, Defendant.— An action asking for reformation in certain particulars of policies of fire insurance and for money judgments against the insurance companies under such policies so reformed was brought on for trial at the Trial Term. The disputed questions of fact were decided by the jury and the court adopted the verdict, but refused to make a decision or to pass upon findings submitted pursuant to section 440 of the Civil Practice Act. The judgment entered thereon is not supported by a decision. In this equity action this is error. (McKenna v. Meehan, 248 N. Y. 206; Callan v. Patane Company, Inc., 237 App. Div. 901; Schildkraut v. Paino, 238 id. 846.) Judgment reversed on the law, without costs, and the case remitted to the trial court for decision and judgment. Lazansky, P. J., Carswell, Adel and Taylor, JJ., concur; Davis, J., dissents and votes to affirm, with the following memorandum: There was no necessity for reformation, the mistakes were chiefly those of a scrivener and were immaterial. They were changed by the court on the trial without objection or exception by defendants, except one where the question of fact was submitted to the jury. The trial proceeded on the theory of liability of defendants in an action at law in respect to whether the loss was caused by a preceding fire or an explosion. The course the trial took was adopted and accepted by all parties. There was not even a motion to dismiss that I can discover. Nothing but questions of fact were presented; and there was no occasion or necessity for the court to make findings after the coming in of the verdict which fixed the rights and liabilities of the parties.

FLUSHING NATIONAL BANK IN NEW YORK, Respondent, v. EUGENE V. DALY, Appellant, and THEODORE P. LAWLOR and Others, Defendants. ROCKLYN REALTY CORPORATION, Purchaser, Respondent.— Action to foreclose a mortgage on real property. Judgment and amended judgment for plaintiff unanimously affirmed, with costs. Order denying motion to vacate sale and referee's report of sale affirmed, without costs. Order retaxing costs affirmed, without costs. Order ratifying and confirming referee's report affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

VERONICA FORD, Respondent, v. FRANK WERNER and Another, Appellants.— Action to recover damages for personal injuries sustained by plaintiff as a consequence of falling down a staircase. Order denying on condition defendants' motion to dismiss plaintiff's complaint for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA, Appellant, v. 205 STATE CORPORATION, ARTHUR A. GALLAGHER, EUGENE A. GALLAGHER and FRANCIS M. MCGOLDRICK, Also Known as FRANK M. MCGOLDRICK, Respondents, and Others, Defendants.— Order denying plaintiff's motion to confirm the report of the official referee and to direct the entry of a deficiency judgment reversed on the law and the facts, with ten dollars costs and disbursements, and the matter remitted to Special Term, where a finding of the fair and reasonable value of the premises should be made. (See President, etc., of Manhattan Co. v. Premier Bldg. Corp., 247 App. Div. 297.) Lazansky, P. J., Carswell, Davis, Adel and Taylor, JJ., concur.